UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHEILA SHEREE HARRISON,<br><br>　　　　Defendant. | Case No. 16-cv-07104-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**<br><br>Re: Dkt. No. 7 |

　　The Court has reviewed Magistrate Judge Maria-Elena James's report and recommendation.  Dkt. No. 7.  No objections have been filed in response to the report, and the time to file objections has expired.  *See* Fed. R. Civ. P. 72(b).

　　The Court agrees with Magistrate Judge James's well-reasoned recommendation that this unlawful detainer action should be remanded pursuant to 28 U.S.C. § 1447(c) for lack of federal subject matter jurisdiction.

　　The Court consequently adopts the report and recommendation of Magistrate Judge James in full, and orders the case remanded to the California Superior Court for the County of Alameda.

　　**IT IS SO ORDERED.**

Dated: February 17, 2017

_____
JAMES DONATO
United States District Judge